AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

DANIEL FONTES,
          Plaintiff (s),

V.

AUTOCOM NETWORKS, INC., et al.,
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-15-2044CRB

Notice is hereby given that, subject to approval by the court, __DANIEL FONTES__ (Party (s) Name) substitutes __MARC H. GREENBERG__ (Name of New Attorney), State Bar No. __88493__ as counsel of record in place of __ROSACLAIRE BAISINGER   (Brooke Oliver remains lead counsel for Plaintiff)__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: 50 BALMY LAW P.C.
    Address: 50 Balmy Alley, San Francisco, CA  94110
    Telephone: (415) 641-1116     Facsimile (415) 695-1116
    E-Mail (Optional): marc@50balmy.com

I consent to the above substitution.
Date: 9/3/2015
(Signature of Party (s))

I consent to being substituted.
Date: 9/3/2015
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/3/2015
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 14, 2015
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]