BROOKE OLIVER, ESQ. (SBN 172828)
brook@50balmy.com
50 Balmy Law P.C.
50 Balmy Alley
San Francisco, CA 94110
Phone: 415-641-1116
Fax: 415-695-1116

Attorneys for Plaintiff DANIEL FONTES

AARON H. JACOBY, ESQ. (SBN 137244)
aaron.jacoby@arentfox.com
VICTOR P. DANHI, ESQ. (SBN 210246)
victor.danhi@arentfox.com
ARENT FOX LLP
55 Second Street, 21st Floor
San Francisco, CA 94105
Phone: 415-757-5500
Fax: 415-757-5501

Attorneys for Defendants AUTOCOM NETWORKS, INC., AUTOCOM POWER, LLC, JOSE PEREZ, and NISSAN NORTH AMERICA, INC

WILLIAM J. MURRAY, ESQ. (SBN 87936)
Belzer & Murray LLP
3650 Mt. Diablo Blvd., Suite 130
Lafayette, CA  94549
Murray@wjmattorneys.com
Phone: (925) 284-9000
Fax:  (925) 283-5192

Attorneys for Defendants MICHAEL P. MURPHY and M&M AUTOMOTIVE

DOUGLAS A. MARSHALL, ESQ. (SBN 91277)
Kay & Merkle, LLP
100 The Embarcadero, Penthouse
San Francisco, CA 94105
dmarshall@kmlaw100.com
Phone: 415-357-1200
Fax: 415-512-9277

Attorneys for Defendant TDK TRUST

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES
AND INITIAL CASE MANAGEMENT CONFERENCE
[CASE NO. CV10-02044 CRB]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FONTES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>AUTOCOM NETWORKS, INC., a California corporation; AUTOCOM POWER, LLC, a California limited liability company d/b/a AUTOCOM NISSAN OF OAKLAND; M&M AUTOMOTIVE GROUP, INC., a California corporation d/b/a Volkswagen of Oakland; MICHAEL P. MURPHY, an individual formerly d/b/a NISSAN OF OAKLAND; NISSAN NORTH AMERICA, INC., a California corporation; JOSE PEREZ, an individual a/k/a JOSE CARMEN PEREZ GARCIA; TDK TRUST DATED JANUARY 23, 1995, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV 15-02044 CRB<br><br>*Assigned for all Purposes to the Honorable Charles R. Breyer, Courtroom 6*<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND TO CONTINUE DATES AND INITIAL CASE MANAGEMENT CONFERENCE;** |

- 2 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES
AND INITIAL CASE MANAGEMENT CONFERENCE
[CASE NO. CV10-02044 CRB]

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

## STIPULATION

**WHEREAS**, the Parties participated in mediation on October 8, 2015 and thereafter, on the same day, entered into a Stipulation of Settlement, wherein all Parties agreed upon a full settlement and compromise of this action and a release and discharge of all claims by and between all Parties;

**WHEREAS**, pursuant to the Stipulation of Settlement, the Parties shall be entering into a long form settlement agreement that the Parties expect will be satisfied in its entirety within 90 days from the date of this Stipulation, including, but not limited to delivery of an executed Dismissal with Prejudice of this action by Plaintiff to Defendants ("Dismissal");

**WHEREAS,** in light of the foregoing, the Parties have agreed to an extension of time pursuant to which all Defendants shall have an additional 90 days from the presently pending due date, up to and including January 21, 2016, to answer, move, or otherwise respond to Plaintiff's Complaint, in order to complete the settlement terms;

**WHEREAS,** an initial Case Management Conference ("CMC") is currently scheduled for hearing on December 4, 2015 at 8:30 a.m.;

**WHEREAS,** in the interest of judicial economy, the Parties request a continuance of the CMC by a corresponding 90 days to March 3, 2016 in order to allow time for the Parties to complete the settlement terms and dismiss the Action;

**WHEREAS**, the Parties further acknowledge that the filing of this Stipulation shall not be construed as an appearance or acknowledgement of jurisdiction on any of the Defendants, and that any challenges to jurisdiction are hereby reserved by Defendants, and each of them;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** pursuant to U.S. District Court, Northern District of California  Local Rule 6-1(a), that Defendants, and each of them, shall have up to and including January 21, 2016 to answer, move, or otherwise respond to the Complaint filed in this matter.

- 3 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES
AND INITIAL CASE MANAGEMENT CONFERENCE
[CASE NO. CV10-02044 CRB]

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1  THEREFORE, the parties respectfully request that the Court continue all currently set
2  dates in this matter, including the dates by which Defendants are required to respond to the
3  Complaint, and the December 4, 2015 Case Management Conference. In particular, the Parties
4  respectfully request that the date for Defendants to file responsive pleadings be continued to
5  January 21, 2016; and that the initial Case Management Conference be scheduled on March 3,
6  2016, or at the Court's convenience sometime during or after March 3, 2016.

Dated:  October 19, 2015                Respectfully submitted,

                                        50 BALMY LAW, P.C.


                                        By:    /s/ Brooke Oliver
                                            Brooke Oliver
                                            Attorneys for Plaintiffs DANIEL FONTES

Dated:  October 19, 2015                Respectfully submitted,

                                        ARENT FOX LLP


                                        By:    /s/ Victor P. Danhi
                                            Aaron H. Jacoby
                                            Victor P. Danhi
                                            Attorney for Defendants
                                            AUTOCOM NETWORKS, INC.,
                                            AUTOCOM POWER, LLC, JOSE PEREZ,
                                            and NISSAN NORTH AMERICA, INC.

Dated:  October 19, 2015                Respectfully submitted,

                                        BELZER & MURRAY LLP


                                        By:    /s/ William J. Murray
                                            William J. Murray
                                            Attorney for Defendants
                                            MICHAEL P. MURPHY and M&M
                                            AUTOMOTIVE GROUP, INC.

- 4 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES
AND INITIAL CASE MANAGEMENT CONFERENCE
[CASE NO. CV10-02044 CRB]

1

2   Dated: October 19, 2015                    Respectfully submitted,

3                                              KAY & MERKLE, LLP

4
                                               By:   /s/ Douglas A. Marshall
5                                                    Douglas A. Marshall
                                                     Attorney for Defendant
6                                                    TDK TRUST

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES
AND INITIAL CASE MANAGEMENT CONFERENCE
[CASE NO. CV10-02044 CRB]

## **ORDER**

The Court having considered the foregoing Stipulation of the Parties and good cause appearing therefore, it is hereby **ORDERED** that all previously scheduled dates in this matter are vacated, and the following dates shall apply:

In the event a dismissal of the entire action is not filed by January 21, 2016, all defendants which have not been dismissed from the action shall file a responsive pleading by that date.

The Initial Case Management Conference shall be held on March 4, 2016 at 8:30 a.m. in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall meet and confer not less than thirty (30) days in advance of the conference and shall file a joint case management statement in the form contained in the Civil Local rules as supplemented by this order not less than seven (7) days in advance of the conference.

If the conference is inconveniently scheduled, it may be rescheduled by stipulation and order to another date or time convenient to the Court's calendar.

At the conclusion of the conference, an order will be entered setting dates either for a further case management conference, or for close of discovery, pre-trial conference, and trial. Other orders regulating and controlling future proceedings may be entered.

Plaintiff shall serve copies of this order at once on any parties subsequently joined, in accordance with Federal Rules of Civil Procedure 4 and 5. Following service, plaintiff shall file a certificate of service with the Clerk of this Court

**SUPPLEMENTAL TO INITIAL CASE MANAGEMENT STATEMENT**

At the initial case management conference, the parties or at least one attorney of record for each party must appear in person. See FRCP 26(f); Civil LR 16-10(a). The case management statement may not exceed ten pages. It should briefly describe the parties' controversy. <u>Any party seeking damages must set forth in the statement the amount sought and the basis for its calculation.</u>

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES
AND INITIAL CASE MANAGEMENT CONFERENCE
[CASE NO. CV10-02044 CRB]

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1  **Sanctions. FAILURE TO COMPLY WITH THIS ORDER** may be deemed sufficient grounds for dismissal of this cause, default or other appropriate sanctions. See Federal Rules of Civil Procedure 16(f), 41 (b); Civ LR 1-4.

**IT IS SO ORDERED.**

Dated:  October 22, 2015

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 7 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES
AND INITIAL CASE MANAGEMENT CONFERENCE
[CASE NO. CV10-02044 CRB]

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES