1  BROOKE OLIVER, ESQ. (SBN 172828)
   brooke@50balmy.com
2  50 Balmy Law P.C.
   50 Balmy Alley
3  San Francisco, CA 94110
   Phone: 415-641-1116
4  Fax: 415-695-1116

5  Attorneys for Plaintiff DANIEL FONTES

6  AARON H. JACOBY, ESQ. (SBN 137244)
   aaron.jacoby@arentfox.com
7  VICTOR P. DANHI, ESQ. (SBN 210246)
   victor.danhi@arentfox.com
8  ARENT FOX LLP
   55 Second Street, 21st Floor
9  San Francisco, CA 94105
   Phone: 415-757-5500
10 Fax: 415-757-5501

11 Attorneys for Defendants AUTOCOM NETWORKS,
   INC., AUTOCOM POWER, LLC, JOSE PEREZ, and
12 NISSAN NORTH AMERICA, INC.

13 [See next page for additional attorneys]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FONTES, an individual | Case No. C 15-2044 CRB |
| Plaintiff, | *Assigned for all Purposes to the Honorable Charles R. Breyer, Courtroom 6* |
| vs. | |
| AUTOCOM NETWORKS, INC., a California corporation; AUTOCOM POWER, LLC, a California limited liability company d/b/a AUTOCOM NISSAN OF OAKLAND; M&M AUTOMOTIVE GROUP, INC., a California corporation d/b/a Volkswagen of Oakland; MICHAEL P. MURPHY, an individual formerly d/b/a NISSAN OF OAKLAND; NISSAN NORTH AMERICA, INC., a California corporation; JOSE PEREZ, an individual a/k/a JOSE CARMEN PEREZ GARCIA; TDK TRUST DATED JANUARY 23, 1995, and DOES 1 through 10, inclusive, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| Defendants. | |

Additional attorneys:

WILLIAM J. MURRAY, ESQ. (SBN 87936)
Belzer & Murray LLP
3650 Mt. Diablo Blvd., Suite 130
Lafayette, CA  94549
Murray@wjmattorneys.com
Phone: (925) 284-9000
Fax:  (925) 283-5192

Attorneys for Defendants MICHAEL P. MURPHY and M&M AUTOMOTIVE

DOUGLAS A. MARSHALL, ESQ. (SBN 91277)
Kay & Merkle, LLP
100 The Embarcadero, Penthouse
San Francisco, CA 94105
dmarshall@kmlaw100.com
Phone: 415-357-1200
Fax: 415-512-9277

Attorneys for Defendant TDK TRUST

## **STIPULATION**

Plaintiff DANIEL FONTES, an individual, by and through his attorneys of record, hereby files this Stipulation for Dismissal with prejudice and stipulates as follows:

1. The parties have entered into a confidential Settlement Agreement in this matter whereby they have resolved all claims in this action and have agreed to the dismissal of the entire above-captioned action with prejudice. Each party has agreed to bear and waive their own attorneys' fees and costs.

2. Accordingly, the parties jointly request the Court to dismiss this action in its entirety with prejudice.

Dated:  December 10, 2015              50 BALMY LAW, P.C.

                                       By:  /s/ Brooke Oliver
                                            Brooke Oliver
                                            Attorneys for Plaintiff DANIEL FONTES

- 2 -

CASE NO. C15-2044 CRB                                    STIPULATION FOR DISMISSAL

| | | |
|---|---|---|
| Dated: December 10, 2015 | | ARENT FOX LLP |
| | By: | /s/ Victor P. Danhi |
| | | Victor P. Danhi |
| | | Attorneys for Defendants AUTOCOM NETWORKS, INC., AUTOCOM POWER, LLC, JOSE PEREZ, and NISSAN NORTH AMERICA, INC. |
| Dated: December 10, 2015 | | BELZER & MURRAY LLP |
| | By: | /s/ William J. Murray |
| | | William J. Murray |
| | | Attorneys for Defendants MICHAEL P. MURPHY and M&M AUTOMOTIVE GROUP, INC. |
| Dated: December 10, 2015 | | KAY & MERKLE, LLP |
| | By: | /s/ Douglas A. Marshall |
| | | Douglas A. Marshall |
| | | Attorneys for Defendant TDK TRUST |

### [PROPOSED] ORDER

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is HEREBY ORDERED: The above-entitled action is dismissed in its entirety with prejudice, with each party to bear and waive their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 15th, 2015

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge